

**UNDER SEAL**

FILED
CHARLOTTE, NC

APR 15 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO. 3:25-cr-79-MOC |
| v. | **BILL OF INDICTMENT**<br>Violations:<br>18 U.S.C. 924(c)<br>18 U.S.C. 922(g)(1) |
| **JONATHAN BRANDON BLAKENEY** | *UNDER SEAL* |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about March 5, 2025, in Union County, within the Western District of North Carolina, the defendant,

**JONATHAN BRANDON BLAKENEY,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Distribution of a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT TWO
*(Possession of a Firearm by a Felon)*

On or about March 5, 2025, in Union County, within the Western District of North Carolina, the defendant,

**JONATHAN BRANDON BLAKENEY,**

knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus (Rossi), model S201220BR, .20 gauge shotgun, in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that a Taurus (Rossi), model S201220BR, .20 gauge shotgun is subject to forfeiture on one or more of the grounds stated above.

A TRUE BILL

_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY